1
2
3
4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6                                   EUREKA DIVISON

7

8    JERRY C. JOHNSON,                          Case No.  17-cv-5855-RMI (PR)
                    Petitioner,
9
          v.                                     **ORDER OF TRANSFER**
10
11   SCOTT KERNAN,
                    Respondent.                  Docket Nos. 2, 3
12

13

14          This is a petition for writ of habeas corpus filed pro se by a state prisoner.  Petitioner

15   challenges a conviction obtained in the Solano County Superior Court.  Solano County is in the

16   venue of the United States District Court for the Eastern District of California.  Petitioner is

17   incarcerated in this district.

18          Venue for a habeas action is proper in either the district of confinement or the district of

19   conviction, 28 U.S.C. § 2241(d).  Because petitions challenging a conviction are preferably heard

20   in the district of conviction, Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D.

21   Cal. 1968), and petitioner was convicted in the Eastern District, this case is **TRANSFERRED** to

22   the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a);

23   Habeas L.R. 2254-3(b).  All pending motions are vacated and will be addressed in the Eastern

24   District.

25          **IT IS SO ORDERED.**

26   Dated: November 30, 2017

27                                               _____
                                                 ROBERT M. ILLMAN
28                                               United States Magistrate Judge